DOWNEY BRAND LLP
ELIZABETH B. STALLARD (Bar No. 221445)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:      916.444.1000
Facsimile:       916.444.2100
estallard@downeybrand.com

GARNER & GINSBURG, P.A.
W. Michael Garner (MN Bar No. 0274914)
222 South Ninth Street, Suite 2930
Minneapolis, MN 55402
Telephone:      (612) 259-4800
Facsimile:       (612) 259-4810
wmgarner@yourfranchiselawyer.com

Attorneys for Defendant/Counter-Claimant
MIDSOUTH, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTRY VISIONS, INC., a California corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>MIDSOUTH, LLC, an Illinois Limited Liability Company,<br><br>                    Defendant. | Case No.  2:15-cv-01740-GEB-CKD<br><br>**JOINT STIPULATION TO STRIKE THIRD PARTY COMPLAINT/ ORDER** |
| MIDSOUTH, LLC, an Illinois Limited Liability Company,<br><br>                    Counter-Claimant.<br><br>        v.<br><br>COUNTRY VISIONS, INC., a California corporation.; and KENNETH PETERSON,<br><br>                    Counter-Defendants. | |

DOWNEY BRAND LLP

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:

Pursuant to Local Rule 143, Defendant/Counter-Claimant MIDSOUTH, LLC ("MidSouth") by and through its counsel of record, Elizabeth B. Stallard of Downey Brand, LLP, and Plaintiff/Counter-Defendant COUNTRY VISIONS, INC. ("Country Visions"), by and through its counsel of record, Robert D. Swanson of Boutin Jones Inc., stipulate and agree as follows:

The Complaint of R. North Beach, Inc. was filed as a Third Party Complaint in this action on September 18, 2015.  However, the Complaint should not have been filed as a Third Party Complaint, and should have instead been filed as an initial Complaint with a separate case number.  The parties therefore stipulate that the Third Party Complaint filed on September 18, 2015, should be stricken from the record in this action.  Once stricken, R. North Beach, Inc. will refile the Complaint in this District Court as an initial Complaint with a separate case number.

DATED:  September 22, 2015       DOWNEY BRAND LLP


By: /s/ Elizabeth B. Stallard
ELIZABETH B. STALLARD
Attorney for Defendant/Counter-Claimant
MIDSOUTH LLC


DATED:  September 22, 2015       BOUTIN JONES INC.


By: /s/ Robert D. Swanson (as authorized on 9/2215)
ROBERT D. SWANSON
Attorney for Plaintiff/Counter-Defendant
COUNTRY VISIONS, INC.


**ORDER**

Pursuant to the stipulation of the parties, it is so ordered.

Dated:  September 23, 2015


GARLAND E. BURRELL, JR.
Senior United States District Judge

DOWNEY BRAND LLP