1  **BOUTIN JONES INC.**
   Robert D. Swanson SBN 162816
2  555 Capitol Mall, Suite 1500
   Sacramento, CA 95814-4603
3  T: (916) 321-4444/F: (916) 442-7597

4  **DLA PIPER LLP (US)**
   Norman M. Leon (Illinois SBN 6239480
5  Admitted Pro Hac Vice)
   203 North LaSalle Street, Suite 1900
6  Chicago, Illinois 60601
   T: (312) 368-4000/F (312) 236-7516
7

8  Attorneys for Plaintiff and Counterdefendants
   County Visions, Inc. and Kenneth Petersen
9

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTRY VISIONS, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> MIDSOUTH LLC, an Illinois Limited Liability Company, <br><br> Defendant. <br> ——————————————— <br> MIDSOUTH, LLC, an Illinois Limited Liability Company, <br><br> Counter-Claimant <br><br> v. <br><br> COUNTRY VISIONS, INC., a California corporation; and KENNETH PETERSON, <br><br> Counter-Defendants. | Case No. **2:15-cv-01740-GEB-CKD** <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND TIME TO RESPOND TO COUNTERCLAIMS OF MIDSOUTH, LLC** <br><br> **JUDGE:**  Hon. Garland E. Burrell, Jr. <br><br> Counterclaims Served: September 18, 2015 <br> Current Response Date: October 23, 2015 <br> New Response Date: October 27, 2015 |

- 1 -
JOINT STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND TIME TO
RESPOND TO COUNTERCLAIMS OF MIDSOUTH, LLC

743991.1

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:

Pursuant to Local Rule 144(b), Plaintiff and Counterdefendants Country Visions, Inc. and Kenneth Petersen ("Counterdefendants"), by and through their counsel of record, Robert D. Swanson of Boutin Jones Inc., and Defendant and Counterclaimant MidSouth, LLC ("Counterclaimant"), by and through its counsel of record, Elizabeth B. Stallard of Downey Brand LLP, stipulate and agree as follows:

Counterdefendants were previously granted an extension of approximately two weeks to answer, move, or otherwise plead in response to the Counterclaim, moving the response date to October 23, 2015.  Counterdefendants are now granted a further extension of two business days.  Counterdefendants' response to the Counterclaim is now due no later than October 27, 2015.

DATED:  October 22, 2015                     BOUTIN JONES INC.


By: */s/ Robert D. Swanson*
ROBERT D. SWANSON
Attorneys for Plaintiff and Counterdefendant
COUNTRY VISIONS, INC.


DATED:  October 22, 2015                     DOWNEY BRAND LLP


By: */s/ Elizabeth B. Stallard*
ELIZABETH B. STALLARD
Attorneys for Defendant and Counterclaimant
MIDSOUTH, LLC

//
//
//
//
//

[PROPOSED] ORDER

The Court having considered the Stipulation to Further Extend Time to Respond to Counterclaims of MidSouth, LLC between Plaintiff and Counterdefendants Country Visions, Inc. and Kenneth Petersen ("Counterdefendants") and Defendant and Counterclaimant MidSouth, LLC ("Counterclaimant"), HEREBY ORDERS that Counderdefendants' last day to respond to the Counterclaims of MidSouth, LLC shall be extended from October 23, 2015 to October 27, 2015.

IT IS SO ORDERED.

Dated: October 27, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge