UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTRY VISIONS, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MIDSOUTH LLC, an Illinois corporation,<br><br>    Defendant. | No.  2:15-cv-01740-GEB-CKD<br><br>**ORDER** |
| R. NORTH BEACH, INC., an Illinois corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTRY VISIONS, INC., a California corporation; and KENNETH PETERSON,<br><br>    Defendant. | No.  2:15-cv-02014-WBS-AC |

The Notice of Related Cases concerning the above-captioned cases, filed November 6, 2015, (ECF No. 23), has been considered. Midsouth LLC has shown neither that the cases are related within the meaning of Local Rule 123(a), nor that "assignment of the actions to a single Judge is likely to effect

1

a savings of judicial effort or other economies." E.D. Cal. R. 123(c). Therefore, the Court declines to order reassignment.

Dated:  December 3, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge