1

2
DLA PIPER LLP (US)
NORMAN M. LEON (admitted *pro hac vice*)
norman.leon@dlapiper.com
3
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
Telephone:    312.368.4000
4
Facsimile:    312.236.7516

5
KAREN C. MARCHIANO (CA SBN 233493)
Karen.marchiano@dlapiper.com
6
2000 University Ave
East Palo Alto, CA 94303-2214
7
Telephone:  650.833.2000
Facsimile:   650.833.2001

8

9
Attorneys for Plaintiff and Counter-Defendants
Country Visions, Inc. and Kenneth Petersen

10
DOWNEY BRAND
ELIZABETH B. STALLARD (CA SBN 221445)
11
estallard@downeybrand.com
621 Capitol Mall, 18th Floor
12
Sacramento, CA 95814
Telephone:  916.444.1000
13
Facsimile:  916.444.2100

14
Attorneys for Defendant and Counter-Claimant
MidSouth LLC

15

16

17
UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

18

19

20
Country Visions, Inc.,

21
                    Plaintiff,

22
v.

23
MidSouth LLC,

24
                    Defendant.

25

26

27

28

Case No.  2:15-cv-01740-TLN-CKD

JOINT STIPULATION AND ORDER
EXTENDING EXPERT WITNESS
DISCLOSURE DEADLINES

1       Plaintiff and Counter-Defendant Country Visions, Inc., Counter-Defendant Kenneth

2   Petersen, and Defendant and Counter-Claimant MidSouth, LLC stipulate and agree as follows:

3       The parties are currently engaged in fact discovery and are trying to informally resolve

4   discovery disputes without resort to Court resources.  In light of the status of fact discovery and to

5   facilitate ongoing efforts to informally resolve discovery disputes, it would serve the interests of

6   efficiency and conserve the resources of the Court to extend the expert disclosure deadlines from

7   the Status (Pretrial Scheduling) Order [Dkt. No. 22] approximately 90 days so the following

8   deadlines apply:

9       September 9, 2016:    deadline for each party to comply with Federal Rule of Civil

10      Procedure 26(a)(2)(B) and (C)

11      October 10, 2016:    deadline for any contradictory and/or rebuttal expert disclosures

12      authorized under Federal Rule of Civil Procedure 26(a)(2)(D)(ii).

13  All expert disclosures shall be served by email.  Pursuant to Local Rule 144(b), the parties state

14  that they have never sought or obtained an extension on these expert witness disclosure deadlines.

15  Dated:  April 25, 2016    DLA PIPER LLP (US)

16

17      By:*/s/ Karen C. Marchiano*

18      NORMAN M. LEON
        KAREN C. MARCHIANO

19      Attorneys for Plaintiff and Counter-
        Defendants Country Visions, Inc. and

20      Kenneth Petersen

21  Dated: April 25, 2016    DOWNEY BRAND LLP

22

23      By:*/s/ Elizabeth B. Stallard*

24      ELIZABETH B. STALLARD
        Attorneys for Defendant and Counter-
        Claimant MidSouth LLC

25      _____

26

27

28

1

## **ORDER**

2      Having considered the Joint Stipulation Extending Expert Witness Disclosure Deadlines,

3  and for good cause shown, the Court HEREBY ORDERS that the expert disclosure deadlines

4  from the Status (Pretrial Scheduling) Order [Dkt. No. 22] shall be extended so that the following

5  deadlines shall apply:

6      September 9, 2016:     deadline for each party to comply with Federal Rule of Civil

7                            Procedure 26(a)(2)(B) and (C).

8      October 10, 2016:     deadline for any contradictory and/or rebuttal expert disclosures

9                            authorized under Federal Rule of Civil Procedure 26(a)(2)(D)(ii).

10  All expert disclosures shall be served by email.

11      IT IS SO ORDERED.

12  Dated: April 26, 2016

13

14

15                                            Troy L. Nunley
                                              United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28