DOWNEY BRAND LLP
ELIZABETH B. STALLARD (Bar No. 221445)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone:    916.444.1000
Facsimile:    916.444.2100
estallard@downeybrand.com

GARNER & GINSBURG, P.A.
W. Michael Garner (MN Bar No. 0274914)
222 South Ninth Street, Suite 2930
Minneapolis, MN 55402
Telephone:    (612) 259-4800
Facsimile:    (612) 259-4810
wmgarner@yourfranchiselawyer.com

Attorneys for Defendant/Counter-Claimant
MIDSOUTH, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTRY VISIONS INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIDSOUTH LLC, an Illinois corporation,<br><br>　　　　Defendant.<br><br>AND RELATED CROSS ACTIONS. | Case No.  2:15-cv-01740-TLN-CKD<br><br>**JOINT STIPULATION TO EXTEND TRIAL DEADLINES; ORDER** |

　　　Plaintiff/Counterdefendant Country Visions, Inc., Counterdefendant Kenneth Peterson and Defendant/Counterclaimant Midsouth, LLC, by and through their respective counsel, hereby stipulate and request that the Court order as follows:

　　　WHEREAS, in May of this year, Midsouth filed a Motion to Consolidate this action with Case No. 2:15-cv-02014-TLN-CKD, captioned *R. North Beach, Inc. v. Country Visions, Inc., et al.* (hereinafter, "North Beach Case") for discovery purposes and to set the pre-trial schedule in accordance with the schedule previously agreed to by the parties and submitted in a Joint Status

1  Report in the North Beach Case, which would extend the deadlines in this case;

2      WHEREAS, Country Visions and Peterson indicated in their response to the Motion that
3  they do not oppose consolidation for discovery purposes;

4      WHEREAS, briefing was complete in June of this year, but a ruling has not yet been
5  issued on the Motion;

6      WHEREAS, certain deadlines in this action are approaching, and while the parties
7  anticipate that the deadlines in this matter will be extended, they do not want to waive their rights
8  to pursue any currently-available options while the ruling is pending.

9      THEREFORE, the Parties hereby stipulate, and respectfully request that this Court order,
10 that in order to preserve their rights pending a decision on the Motion being issued and a new
11 schedule being identified, all pending deadlines in the Court's Status (Pretrial Scheduling) Order
12 dated November 6, 2015 (Dkt. No. 22), as amended by the Court's Order Approving Stipulation
13 to Extend Expert Witness Disclosure Deadlines dated April 27, 2016 (Dkt. No. 37), be extended
14 by sixty (60) days.

15     IT IS SO STIPULATED.

16 DATED:  September 8, 2016    DOWNEY BRAND LLP

18     By: /s/ *Elizabeth B. Stallard*
19     ELIZABETH B. STALLARD
    Attorney for Defendant/Counter-Claimant
20     MIDSOUTH LLC

21 DATED:  September 8, 2016    BOUTIN JONES INC.

23     By: */s/ Robert D. Swanson (as authorized on 9/8/16)*
24     ROBERT D. SWANSON
    Attorney for Plaintiff/Counter-Defendants
25     COUNTRY VISIONS, INC. and
    KENNETH PETERSEN

**ORDER**

Pursuant to the stipulation of Defendant/Counter-Claimant MIDSOUTH LLC ("Defendant") and Plaintiff COUNTRY VISIONS, INC. ("Plaintiff") and good cause existing therefore:

**IT IS HEREBY ORDERED** that all pending deadlines in the Court's Status (Pretrial Scheduling) Order dated November 6, 2015 (Dkt. No. 22), as amended by the Court's Order Approving Stipulation to Extend Expert Witness Disclosure Deadlines dated April 27, 2016 (Dkt. No. 37), are extended by sixty (60) days.

**IT IS SO ORDERED.**

Dated: September 9, 2016

_____
Troy L. Nunley
United States District Judge